| | |
|---|---|
| 1 | JOSEPH C. LIBURT (STATE BAR NO. 155507) |
| 2 | jliburt@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | 1000 Marsh Road<br>Menlo Park, California 94025 |
| 4 | Telephone: (650) 614-7400<br>Facsimile: (650) 614-7401 |

JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

KATIE E. BRISCOE (STATE BAR NO. 287629)
kbriscoe@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814
Telephone: (916) 447-9200
Facsimile: (916) 329-4900

Attorneys for Defendant
SEARS, ROEBUCK AND CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YARITZA ALFARO, individually, and on behalf of all others members similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND CO.; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 5:17-cv-3588-EJD<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Edward J. Davila<br><br>Complaint Filed: January 20, 2017 |

OHSUSA:767191721

| | |
|---|---|
| 1 | Defendant Sears, Roebuck and Co., hereby substitutes the firm of Orrick, Herrington & |
| 2 | Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California, telephone number (650) 614-7400, as |
| 3 | its counsel of record herein in place of Morgan, Lewis & Bockius LLP, 600 Anton Blvd, Suite |
| 4 | 1800, Costa Mesa, California 92626, telephone number (714) 830-0600. |

Dated: August 2, 2017                    SEARS, ROEBUCK AND CO.

*/s/ Malory Burns*
Malory Burns
Associate General Counsel, Labor and Employment Law

We consent to the above substitution.

Dated: July 31, 2017                    ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Katie E. Briscoe*
Joseph C. Liburt
Katie E. Briscoe

We consent to the above substitution.

Dated: August 1, 2017                    MORGAN, LEWIS & BOCKIUS LLP

*/s/ Carrie A. Gonell*
Carrie A. Gonell

We consent to the above substitution.

**Filer's Attestation:** Pursuant to Local Rule 5-1, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each signatory hereto.

Dated: August 2, 2017

*/s/ Katie E. Briscoe*
Katie E. Briscoe

**IT IS SO ORDERED.**

Dated: __August 8__, 2017

_____
United States District Judge